Filed: February 5, 2015

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

## SUPPLEMENTAL BRIEFING ORDER

_____

No. 14-1500,   Tracy Wade v. US
              3:12-cv-00608

The court directs supplemental briefing as follows:

Supplemental opening brief due: 02/26/2015

Supplemental response brief due : 03/19/2015

The briefs and any supplemental appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

/s/ PATRICIA S. CONNOR, CLERK
By: Jeffrey S. Neal, Deputy Clerk